Page 1

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Skupien, Ronald

Skupien, Diane

Printed: 02/24/09

Case Number:  07 B 15271

Judge:  Wedoff, Eugene R

Filed:  8/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 8, 2009

Confirmed:    April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,986.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,096.65 |
| Administrative: |  | 3,500.00 |
| Trustee Fee: |  | 389.35 |
| Other Funds: |  | 0.00 |
| Totals: | 5,986.00 | 5,986.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 3,500.00 | 3,500.00 |
| 2. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 4,338.65 | 448.32 |
| 4. | Internal Revenue Service | Priority | 15,952.34 | 1,648.33 |
| 5. | National Capital Management | Unsecured | 8,590.63 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 3,631.19 | 0.00 |
| 7. | Plains Commerce Bank | Unsecured | 380.75 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 606.22 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 908.49 | 0.00 |
| 10. | Resurgence Financial LLC | Unsecured | 21,239.52 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 466.77 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 3,205.85 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 100.72 | 0.00 |
| 14. | Capital One | Unsecured | 453.59 | 0.00 |
| 15. | Columbus Bank & Trust | Unsecured | 860.37 | 0.00 |
| 16. | Resurgence Financial LLC | Unsecured | 15,122.71 | 0.00 |
| 17. | Aspire Visa | Unsecured | 224.00 | 0.00 |
| 18. | Credit Acceptance Corp | Unsecured | 3,961.59 | 0.00 |
| 19. | Columbus Bank & Trust | Unsecured | 224.00 | 0.00 |
| 20. | Premier Bankcard | Unsecured | 119.85 | 0.00 |
| 21. | Midland Credit Management | Unsecured | 368.76 | 0.00 |
| 22. | Gateway Financial | Secured |  | No Claim Filed |
| 23. | Amex | Unsecured |  | No Claim Filed |
| 24. | Academy Collection Service | Unsecured |  | No Claim Filed |
| 25. | Amex | Unsecured |  | No Claim Filed |
| 26. | Amex | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Skupien, Ronald
Skupien, Diane
Printed: 02/24/09

Case Number:  07 B 15271
Judge:  Wedoff, Eugene R
Filed:  8/23/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Amex | Unsecured | | No Claim Filed |
| 28. | Amex | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Amex | Unsecured | | No Claim Filed |
| 31. | Amex | Unsecured | | No Claim Filed |
| 32. | Bank Of America | Unsecured | | No Claim Filed |
| 33. | Amex | Unsecured | | No Claim Filed |
| 34. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 35. | Bank Of America | Unsecured | | No Claim Filed |
| 36. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 37. | Bank Of America | Unsecured | | No Claim Filed |
| 38. | Capital One | Unsecured | | No Claim Filed |
| 39. | Chase | Unsecured | | No Claim Filed |
| 40. | Chase Home Finance | Unsecured | | No Claim Filed |
| 41. | Chase | Unsecured | | No Claim Filed |
| 42. | Chase | Unsecured | | No Claim Filed |
| 43. | Dinners Club | Unsecured | | No Claim Filed |
| 44. | Chase | Unsecured | | No Claim Filed |
| 45. | Chase | Unsecured | | No Claim Filed |
| 46. | Chase Manhattan | Unsecured | | No Claim Filed |
| 47. | Chase | Unsecured | | No Claim Filed |
| 48. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 49. | Capital One | Unsecured | | No Claim Filed |
| 50. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 51. | Citi Cards | Unsecured | | No Claim Filed |
| 52. | Drive Financial Services | Unsecured | | No Claim Filed |
| 53. | CorTrust Bank | Unsecured | | No Claim Filed |
| 54. | Discover Financial Services | Unsecured | | No Claim Filed |
| 55. | Household Bank FSB | Unsecured | | No Claim Filed |
| 56. | First Premier Bank | Unsecured | | No Claim Filed |
| 57. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |
| 58. | First Premier | Unsecured | | No Claim Filed |
| 59. | HFC | Unsecured | | No Claim Filed |
| 60. | HFC | Unsecured | | No Claim Filed |
| 61. | HFC | Unsecured | | No Claim Filed |
| 62. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 63. | HSBC | Unsecured | | No Claim Filed |
| 64. | HSBC | Unsecured | | No Claim Filed |
| 65. | HFC | Unsecured | | No Claim Filed |
| 66. | Academy Collection Service | Unsecured | | No Claim Filed |
| 67. | HFC | Unsecured | | No Claim Filed |
| 68. | Shell Citibank | Unsecured | | No Claim Filed |
| 69. | HSBC | Unsecured | | No Claim Filed |
| 70. | Household Bank FSB | Unsecured | | No Claim Filed |
| 71. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 72. | Lexington Health Care Cntr | Unsecured | | No Claim Filed |
| 73. | Nicor Gas | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Skupien, Ronald

Skupien, Diane

Printed: 02/24/09

Case Number:  07 B 15271

Judge:  Wedoff, Eugene R

Filed:  8/23/07

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 74. | Nicor Gas | Unsecured | | No Claim Filed |
| 75. | New Century Mortgage | Unsecured | | No Claim Filed |
| 76. | Nicor Gas | Unsecured | | No Claim Filed |
| 77. | Midland Credit Management | Unsecured | | No Claim Filed |
| 78. | Nicor Gas | Unsecured | | No Claim Filed |
| 79. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 80. | Rewards 660 | Unsecured | | No Claim Filed |
| 81. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 82. | SBC | Unsecured | | No Claim Filed |
| 83. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| 84. | Sonic Payday | Unsecured | | No Claim Filed |
| 85. | Select Portfolio Servicing | Unsecured | | No Claim Filed |
| 86. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |
| | | | $ 84,256.00 | $ 5,596.65 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 372.85 |
| 6.6% | 16.50 |
| | $ 389.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: